**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CELITA FINNEY,                                No. C-06-0898 MMC

12              Plaintiff,                         **ORDER CONTINUING CASE**
                                                   **MANAGEMENT CONFERENCE**
13       v.

14   ELI LILLY AND COMPANY,

15              Defendant

16   _____/

17

18          Before the Court is plaintiff's Case Management Conference Statement, filed May 2,

19   2006, by which plaintiff seeks to continue the May 12, 2006 case management conference

20   in the instant action by approximately 120 days.  Plaintiff states a continuance is necessary

21   because she anticipates the instant action will be transferred for inclusion in MDL No. 1596,

22   In re Zyprexa Products Liability Litigation, and because she has not yet served defendant.

23   Because the instant action was filed February 10, 2006, the 120-day deadline for plaintiff to

24   serve defendant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet

25   elapsed.

26   //

27   //

28   //

1    Accordingly, for good cause shown, the May 12, 2006 case management

2 conference is hereby continued to September 8, 2006 at 10:30 a.m.  A joint case

3 management statement shall be filed no later than September 1, 2006.  The deadline to

4 serve defendant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, remains in

5 effect.

6    **IT IS SO ORDERED.**

7

8 Dated: May 3, 2006

MAXINE M. CHESNEY
9                                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2